IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-79-BO

| | |
|---|---|
| ATLANTIC COAST PIPELINE, LLC, *Plaintiff*, | ) ) ) |
| v. | ) ORDER |
| 6.02 ACRES, MORE OR LESS, IN NASH COUNTY, NORTH CAROLINA *et al.*, *Defendants*. | ) ) ) ) |

In light of the duration of the stay previously entered in this matter and the recent entry of an order setting discovery and motions filing deadlines, as well as the filing of a stipulation of immediate access and possession of the easements [DE 30], plaintiff's motion for partial summary judgment [DE 10] is hereby DENIED WITHOUT PREJUDICE with permission to refile within the time for filing dispositive motions as set forth in the scheduling order. If appropriate, plaintiff may refile its motion and incorporate by reference its previously filed memorandum and exhibits in support.

SO ORDERED, this __9__ day of March 2020.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE